# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF: BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION. | No. 80825 |

| | |
|---|---|
| BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, Petitioner, vs. AARON D. FORD, ATTORNEY GENERAL, Respondent. | **FILED** MAY 2 o 2020 <br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY _____ DEPUTY CLERK |
| IN THE MATTER OF THE HONORABLE JAMES W. HARDESTY. | No. 80836 |
| JUSTICE JAMES W. HARDESTY, Petitioner, vs. AARON D. FORD, ATTORNEY GENERAL, Respondent. | |

## *ORDER DISMISSING PETITIONS FOR A WRIT OF MANDAMUS*

Petitioners have filed notices voluntarily withdrawing these consolidated petitions for a writ of mandamus. Thus, we

ORDER these petitions DISMISSED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Cadish

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-19731

cc: Joseph C. Reynolds
Robison, Sharp, Sullivan & Brust
Attorney General/Las Vegas
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A